NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADAEZE NWOSU,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2025-1513

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-02069-RMM, Judge Robin M. Meriweather.

---

## O R D E R

The United States moves to summarily affirm the decision and judgment of the United States Court of Federal Claims, ECF No. 3. On March 31, 2025, this Court issued a notice to appellant, informing them that failure to pay the docketing fee or file for leave to proceed *in forma pauperis* as required by Federal Circuit Rule 52 (a)(1), *inter alia*, may result in dismissal of the appeal. To date, no fee or motion for leave to proceed *in forma pauperis* has been received. Upon consideration thereof,

IT IS ORDERED THAT:

(1) The notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

(2) The motion to summarily affirm the decision and judgment of the United States Court of Federal Claims is denied-as-moot.

FOR THE COURT

April 15, 2025
Date

Jarrett B. Perlow
Clerk of Court